No. 72–931. HANDLERY, TRUSTEE, ET AL. *v.* CALI-FORNIA FRANCHISE TAX BOARD. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. A–811. AGUAYO ET AL. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 2d Cir. Application for stay or writ of injunction presented to MR. JUSTICE MARSHALL and by him referred to the Court, denied.

No. D–9. IN RE DISBARMENT OF THALER. It is ordered that Seymour R. Thaler of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 59, Orig. UNITED STATES *v.* NEVADA ET AL. Motion of Pyramid Lake Paiute Tribe of Indians for leave to participate in oral argument as *amicus curiae* denied.

No. 71–1442. COLGROVE *v.* BATTIN, U. S. DISTRICT JUDGE. C. A. 9th Cir. [Certiorari granted, 409 U. S. 841.] Motion of California Trial Lawyers Assn. for leave to file a brief as *amicus curiae* in support of petitioner granted.

No. 71–1553. GILLIGAN, GOVERNOR OF OHIO, ET AL. *v.* MORGAN ET AL. C. A. 6th Cir. [Certiorari granted, 409 U. S. 947.] Motion of petitioners to restrict issues denied inasmuch as the issues upon which certiorari is granted cannot be expanded by an *amicus curiae.* See Rule 23 (1)(c) of the Rules of this Court.

No. 72–178. STRUCK *v.* SECRETARY OF DEFENSE ET AL., 409 U. S. 1071. Motion for double costs denied.